IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**WHITNEY E. WEST**                                                                         **PLAINTIFF**

**v.**                              **Case No. 4:15-cv-00366-KGB**

**U.S. BANK, NATIONAL ASSOCIATION**                                        **DEFENDANT**

## ORDER

Before the Court is plaintiff Whitney E. West's motion to dismiss (Dkt. No. 13). Ms. West requests that the Court dismiss her claims without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(2). Therefore, this case is hereby dismissed without prejudice. The Court denies all pending motions as moot.

So ordered this 15th day of July, 2016.

_____
Kristine G. Baker
United States District Judge